# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Steven Earl Hunter                               Docket No. 5:96-CR-51-2BO

### Petition for Action on Supervised Release

COMES NOW Erica W. Foy, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Steven Earl Hunter, who, upon an earlier plea of guilty to 21 U.S.C. § 846 and 841(a)(1), Conspiracy to Possess With Intent to Distribute and Distribution of Cocaine Base, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on October 4, 1996, to the custody of the Bureau of Prisons for a term of 210 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall submit a written weekly report to the probation office, if not regularly employed, of attempts to secure gainful employment.

3. The defendant shall support his dependants.

On October 15, 2008, the court reduced his sentence from 210 months to 168 months. Steven Earl Hunter was released from custody on October 27, 2008, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since the defendant has been on supervision, he has been unable to obtain full time employment. He continues to seek a permanent job; however, he has been unsuccessful. We recommend adding the vocational training condition to allow us to refer him to Preferred Alternatives, Inc., in Raleigh, North Carolina, for employment services. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Steven Earl Hunter
Docket No. 5:96-CR-51-2BO
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a vocational training program as directed by the probation office. Such program may include job readiness training and skills development training.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/Erica W. Foy<br>Erica W. Foy<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: (919) 861-8660<br>Executed On: August 11, 2010 |

## ORDER OF COURT

Considered and ordered this __12__ day of __August__, 2010, and ordered filed and made a part of the records in the above case.

__Terrence W. Boyle__
Terrence W. Boyle
U.S. District Judge